December 23, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

JOSE VASQUEZ, Appellant

NO. 14-12-00096-CR                     V.

THE STATE OF TEXAS, Appellee

_____

      This cause was heard on the transcript of the record of the court below. The record reveals error in the judgment. The Court orders the judgment **REVERSED** and **REMANDED** for further proceedings in accordance with its opinion.

      We order THE STATE OF TEXAS to pay all costs incurred in this appeal.

      We further order this decision certified below for observance.